UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MONTANNA TRAHAN,**

    Plaintiff,

v.                                                            **Case No: 5:20-cv-445-Oc-30PRL**

**SPACE COAST HOSPITALITY, LLC**
**and CHETAN PATEL,**

    Defendants.

## ORDER

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis*. (Doc. 2). The Court has reviewed the motion and finds that Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a). Accordingly, Plaintiff's motion (Doc. 2) is GRANTED. The Clerk is directed to deliver the service documents to the United States Marshal for service as required by Rule 4(c)(3) of the Federal Rules of Civil Procedure.

DONE AND ORDERED in Ocala, Florida, on September 21, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to Counsel of Record